**FILED**

08/14/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0032

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0032

_____

ADRIANNE COTTON,

       Cross-Petitioner, Respondent,
       and Appellant,

   v.

MONTANA DEPARTMENT OF ORRECTIONS,

       Cross-Petitioner, Respondent,
       and Appellee.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Michael F. McMahon, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 14 2024